

ORDERED in the Southern District of Florida on October 12, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

**AMILCAR D. FERRER**  PROCEEDINGS UNDER CHAPTER-7
Case No: **14-22566-BKC-RAM**

　　　　Debtor(s)
_____/

**Jackson Rip Holmes,**

　　　　Plaintiff,

　　v.

**Amilcar D. Ferrer**

　　　　Defendant.  Adv. No. **14-01567-RAM**
_____/

**ORDER GRANTING DEFENDANT'S COUNSEL MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**THIS MATTER** having come before the Court on October 9, 2014 upon the Defendant's Counsel Motion to Withdraw as Attorney of Record, based on the record, it is **ORDERED** that**:**

1. The Motion is Granted.

2. Any further pleadings and/or correspondence in this matter shall be mailed directly to the Deffendant at the following location:

**Amilcar D. Ferrer**
8832 SW 72 St. # M176
Miami, FL 33173

3. Defendant's counsel, Patrick Cordero, Esq., is no longer the attorney of record for said Defendant and is herein relieved of any further responsibility in this matter.

# # #

Attorney Patrick L. Cordero is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.