

**ORDERED in the Southern District of Florida on June 17, 2015.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

AMILCAR D. FERRER,

    Debtor.
_____/

JACKSON RIP HOLMES,

    Plaintiff,

v.

AMILCAR D. FERRER,

    Defendant.
_____/

Case No.: 14-22566-RAM

Chapter 7

Adv. Proc. No: 14-01567-RAM

**ORDER GRANTING KISH LAW FIRM'S MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF AND AGREED *EX PARTE*
<u>MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES</u>**

This matter came before the Court for consideration on June 16, 2015, upon the Motion to Withdraw as Counsel for Plaintiff and Agreed *Ex Parte* Motion to Continue Trial and Associated Deadlines (the "Motion") [ECF 49]; and the Court, having reviewed the Motion, the Objection to the Motion (the "Objection") [ECF 55], filed by the Plaintiff, Jackson Rip Holmes ("Plaintiff"), having reviewed the file and heard argument of the parties, and having been otherwise fully advised in the premises and finding good cause shown, does hereby

**ORDER AS FOLLOWS:**

1. The Motion is hereby **GRANTED**.

2. Pursuant to Local Rule 2002-1(F), Matthew S. Kish, Esq. and Kish Law Firm, PLLC, are directed to forthwith serve a copy of this Order to the Plaintiff, Jackson Rip Holmes, and to file a Certificate of Service reflecting the date and manner of service.

3. Upon the filing of said Certificate of Service, Matthew S. Kish, Esq. and Kish Law Firm, PLLC shall have no further responsibility to Jackson Rip Holmes, the Plaintiff in this matter.

4. In the interim, until new counsel enters an appearance on his behalf or until he files with the Court a proper Notice of Change of Address, service of all pleadings, documents and other papers to the Plaintiff shall be made as follows: **Jackson Rip Holmes, 915 Palermo Avenue, #106, Coral Gables, FL 33134**.

5. The Court shall issue a separate order setting forth a new trial date and associated pretrial deadlines, if any.

###

Submitted by:

Matthew S. Kish, Esq.
Kish Law Firm, PLLC
*Attorney for Defendant*
1200 N. Federal Hwy, Suite 200
Boca Raton, Florida 33432
Phone:   561-210-8365
Email:    matt@kish-law.com

Copies to:

Matthew Kish, Esq.
(Attorney Kish is directed to serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).).